ACCEPTED
03-14-00559-CR
6438458
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 9:55:04 AM
JEFFREY D. KYLE
CLERK

# THE ERWIN LAW FIRM, L.L.P.

109 EAST HOPKINS STREET
SUITE 200
SAN MARCOS, TEXAS 78666
www.theerwinlawfirm.com
josh@theerwinlawfirm.com
amanda@theerwinlawfirm.com

TEL: (512) 938-1800

FAX: (512) 938-1804

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 9:55:04 AM

JEFFREY D. KYLE
Clerk

August 11, 2015

Mr. Jeffrey D. Kyle
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711

Re:     Court of Appeals Number:     03-14-00559-CR
        Trial Court Case Number:     CR-13-0614

Dear Mr. Kyle:

This letter is to certify my compliance with Texas Rule of Appellate Procedure 48.4 in the above case. Please find a copy of the return receipt attached.  Please file this letter in your record of the appeal in this case.  Thank you for your time and please do not hesitate to contact me with any questions.

Sincerely,

/s/ Amanda Erwin
Amanda Erwin

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x G. Conner ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery<br>Conner — 08-07-15 |
| 1. Article Addressed to:<br>ZANE BARTON<br>Hughes Unit<br>Rt. 2 Box 4400<br>Gatesville, TX 76597 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

9590 9403 0383 5163 9033 01

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7014 3490 0001 8421 8224

PS Form 3811, April 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that of August 11, 2105, a copy of this letter was delivered via electronic service to: Hays County District Attorney's Office, Laura Garcia, 712 South Stagecoach Trail, Suite 2057, San Marcos Texas, 78666.

/s/ Amanda Erwin

_____

Amanda Erwin